KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> DARREN WAYNE PRIMES, </br> Defendant. | Criminal No. CR 05-00692 MMC </br></br> **STIPULATION AND [PROPOSED]** </br> **ORDER EXCLUDING TIME** |

    The above-captioned matter came before the Court on November 2, 2005, for initial appearance on the information. The defendant was represented by Geoffrey Hansen and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The case was set for November 16, 2005, at 2:30 p.m. for motions/trial setting.

    The Court made a finding on the record that the time from and including November 2, 2005 through November 16, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00692 MMC**

interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until November 16, 2005 and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: November 3, 2005

/s/
GEOFFREY HANSEN
Counsel for Darren Wayne Primes

DATED: November 2, 2005

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: November 8, 2005

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00692 MMC**           2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of **UNITED STATES V. DARREN WAYNE PRIMES, CR 05-00692 MMC** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Mr. Geoffrey Hansen**
**Public Defender's Office**
**450 Golden Gate Avenue 19th Ave**
**San Francisco, CA  94102**

　X　(By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    November 2, 2005

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　RAWATY YIM
　　　　　　　　　　　　　　　　　　　United States Attorney's Office

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00692 MMC**　　　　　　　　　3