UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARREN PRIMES | No. CR 05-00692 MMC <br><br> ORDER STAYING DRUG/ALCOHOL TESTING AND WARRANTLESS SEARCH REQUIREMENTS IN PRETRIAL RELEASE CONDITIONS |

IT IS HEREBY ORDERED, in light of the recent decision by the Court of Appeals for the Ninth Circuit in *United States v. Scott*, 424 F.3d 888 (9th Cir. September 9, 2005), that the provisions of any order (including any pretrial bond) previously entered by any judge of this court that subjected a defendant whose case has not been resolved (by trial, motion, or change of plea) to random tests for substance abuse (drugs or alcohol) and/or to warrantless searches are STAYED.

Defendants who have been convicted (by guilty plea or trial) and who are awaiting sentence or self-surrender remain subject to *all* release conditions previously imposed, including random testing for substance abuse and/or warrantless searches.

Substance abuse treatment programs and half-way houses (e.g., Cornell Corrections) fix the terms and conditions under which persons may be admitted to

1  and remain in their programs. These programs may expel or terminate any person
2  who refuses to comply with or who violates the terms and conditions set by the
3  programs. If a defendant who was ordered by the court, as a condition of pretrial
4  release, to participate in a substance abuse program or to reside in a half-way house,
5  is terminated or expelled from the program, it will be necessary for the court to
6  reconsider whether that defendant may remain out of custody (on a changed set of
7  conditions) pending the disposition of the criminal proceedings.

8  Persons who signed bonds as SURETIES and/or who agreed to serve as
9  CUSTODIANS for a defendant who was subjected, under the terms of the bond, to
10 substance abuse testing and/or warrantless searches, are hereby NOTIFIED THAT
11 THE TERMS OF THE BOND HAVE BEEN CHANGED as reflected above.

12 IT IS FURTHER ORDERED that the Pretrial Services Office shall mail a copy
13 of this ORDER AND NOTICE to all sureties and/or custodians on bonds whose
14 provisions for substance abuse testing and/or warrantless searches are stayed by this
15 ORDER.

17 IT IS SO ORDERED.
18 Dated: 12/15/05

20 Honorable Joseph C. Spero
   United States Magistrate Judge

21 Copies to: Pretrial, U.S. Attorney,
   Defense Counsel.

file: order and notice re changing release conditions