1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700

**FILED**
DEC 2 7 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-692 MMC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE** |
| vs. | ) | |
| DARREN PRIMES, | ) | |
| Defendant. | ) | |

The defendant's counsel will be out of the state on the date previously set for the status conference in this matter. The parties hereby stipulate that the status date presently set for January 11, 2006, be moved to January 18, 2006 at 2:30.

Dated: 12/20/05

GEOFFREY A. HANSEN
Counsel for Defendant Primes

Dated: 12/21/05

JEFFREY FINNIGAN
Assistant United States Attorney

**IT IS SO ORDERED.**

MAXINE M. CHESNEY
United States District Court Judge

1