~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Joseph C. Spero<br>U.S. Magistrate Judge | RE: | Darren Primes |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 05-00692 MMC |
| DATE: | December 19, 2005 | | |

FILED
2006 JAN -4  AM 11: 11

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony R. Granados                                   415-436-7520
U.S. Pretrial Services Officer                        TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

X  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. **A** **15TH FLOOR** on **WED., JAN. 11, 2006** at **9:30 A.M., BEFORE JUDGE SPERO.**

   Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____ Presiding District Court Judge_____

   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

   Modification(s)

   A.

   B.

   Bail Revoked/Bench Warrant Issued.

   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

   Other Instructions:

_____

_____


_____                       1/3/06
JUDICIAL OFFICER                                        DATE
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Cover Sheet (12/03/02)